**Order entered December 22, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00667-CV

## EVANGELINA REYES, Appellant

## V.

## JOSE TINAJERO, A BETTER PLACE LLC, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02212**

## ORDER

Appellant's brief is due December 28, 2022.  Before the Court is appellant's third motion for extension of time to file her brief.  Appellant explains an extension would allow her an opportunity to consult with an attorney who is presently out of town.

We **GRANT** the motion and **ORDER** the brief be filed no later than January 27, 2023.  *Because the brief was first due October 27, 2022, we caution appellant that failure to file the brief by January 27 may result in dismissal of the appeal without further notice.*  *See* TEX. R. APP. P. 38.8(a); 42.3(b),(c).

/s/ KEN MOLBERG
JUSTICE